FILED

SEP 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CASTELLINO VILLAS. A. K. F. LLC,<br><br>　　　　Debtor,<br><br>-------------------------------<br><br>PICERNE CONSTRUCTION CORP., DBA Camelback Construction,<br><br>　　　　Appellant,<br><br>　v.<br><br>CASTELLINO VILLAS, A. K. F. LLC,<br><br>　　　　Appellee. | No. 12-57186<br><br>D.C. No. 2:12-cv-07282-JFW<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: MELLOY,[*] BYBEE, and IKUTA, Circuit Judges.

　　The case is resubmitted as of August 29, 2016.

---

　　[*]　The Honorable Michael J. Melloy, United States Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.